IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-614-GMS |
| PARADISE PRODUCE, INC., | : |
| Defendant. | : |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Iris Santiago-Flores, Esquire, to represent the plaintiff in this action.

                COLM F. CONNOLLY
                United States Attorney

           BY: /s/Patricia C. Hannigan
                Patricia C. Hannigan
                Assistant United States Attorney
                Delaware Bar I.D. No. 2145
                The Nemours Bldg.
                1007 Orange Street, Suite 700
                P. O. Box 2046
                Wilmington, DE 19899-2046
                (302) 573-6277

Dated: November 1, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New York and pursuant to Local Rule 83.5 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 10/30/06                        Signed: _____
                                              Iris Santiago-Flores
                                              Senior Trial Attorney
                                              PA No. 60171

                                              Equal Employment Opportunity
                                               Commission
                                              Philadelphia District Office
                                              21 South Fifth Street, Suite 400
                                              Philadelphia, PA 19106
                                              (215) 440-2684

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, :<br><br>Plaintiff, :<br><br>v. :<br><br>PARADISE PRODUCE, INC., :<br><br>Defendant. : | Civil Action No. 06-614-GMS |

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

DATED:_____     _____
HONORABLE GREGORY M. SLEET
District Judge
United States District Court