IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) | CA No. 06-614 |
| ) Plaintiff, ) ) | |
| V. ) ) | |
| PARADISE PRODUCE, INC., ) ) | |
| Respondent. ) | |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of the Respondent, PARADISE PRODUCE, INC.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Stephen W. Spence
_____
STEPHEN W. SPENCE, ESQUIRE (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Counsel to Paradise Produce, Inc.

Date:   December 19, 2006

## CERTIFICATE OF SERVICE

I, STEPHEN W. SPENCE, ESQUIRE, do hereby certify that I am over the age of 18, and that on December 19, 2006, I caused the foregoing *Entry of Appearance* to be served upon the person listed below, via, U.S. First Class Mail, pre-paid.

Patricia C. Hannigan, AUSA
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046


Under penalty of Perjury, I certify the foregoing to be true and correct.

_____
STEPHEN W. SPENCE