IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>PARADISE PRODUCE, INC.,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-614-GMS<br>:<br>:<br>: **JURY TRIAL DEMANDED**<br>: |

## JOINT STIPULATION

COMES NOW, the parties, by and through their undersigned counsel, who do stipulate and agree to granting the Defendant Paradise Produce an extension to January 10, 2007, to Answer or otherwise respond to the Plaintiff Equal Employment Opportunity Commission's Complaint in this action.

| | |
|---|---|
| **PHILLIPS, GOLDMAN & SPENCE, P.A.**<br><br>/s/Stephen W. Spence<br>Stephen W. Spence, Esquire<br>(DE #2033)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>(302) 655-4210<br>sws@pgslaw.com<br><br>**Counsel for Defendant Paradise Produce, Inc.** | **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br><br>COLM F. CONNOLLY<br>United States Attorney<br><br>/s/Patricia C. Hannigan<br>Patricia C. Hannigan<br>Assistant United States Attorney<br>Delaware Bar I.D. No. 2145<br>The Nemours Bldg.<br>1007 Orange Street, Suite 700<br>P. O. Box 2046<br>Wilmington, DE 19899-2046<br>(302) 573-6277<br>Patricia.Hannigah@usdoj.gov |

/s/Iris Santiago-Flores
Iris Santiago-Flores
Trial Attorney
Pennsylvania Bar No. 60171
Equal Employment Opportunity Commission
Philadelphia District Office
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2684
**Iris.Santiago-Flores@eeoc.gov**

**Counsel for Plaintiff EEOC**

IT IS SO ORDERED this _____ day of _____, 2007.

HONORABLE GREGORY M. SLEET
District Judge
U.S. District Judge

## CERTIFICATE OF SERVICE

I, Maureen R. Davis, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on **January 4, 2007**, I electronically filed the foregoing **JOINT STIPULATION** with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

**Stephen W. Spence, Esquire**
(DE #2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
sws@pgslaw.com

/s/Maureen R. Davis
Maureen R. Davis
Legal Assistant
Office of the United States Attorney
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Maureen.Davis@usdoj.gov