IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>           v.<br><br>PARADISE PRODUCE, INC.,<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-614-GMS<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereto, through their undersigned counsel, hereby stipulate and agree that the within matter between Plaintiff EEOC and Defendant Paradise Produce, Inc., is hereby dismissed without prejudice and with each party to bear its own costs.

Counsel for Plaintiff:
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

/s/Iris Santiago-Flores
Iris Santiago-Flores
Philadelphia District Office
21 S. 5TH Street, Suite 400
Philadelphia, PA 19106
(215) 440-2684
(215) 440-2848 (fax)
Iris.Santiago-Flores@eeoc.gov

Counsel for Defendant Paradise Produce, Inc.
PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/Stephen W. Spence
Stephen W. Spence, Esquire (DE #2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
sws@pgslaw.com

COLM F. CONNOLLY
United States Attorney

/s/Patricia C. Hannigan
Patricia C. Hannigan (DE #2145)
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 18999-2046
(320) 573-6277
Patricia.Hannigan@usdoj.gov


IT IS SO ORDERED this _____ Day of _____, 2007.


_____
HONORABLE GREGORY M. SLEET
District Judge
United States District Court